ACCEPTED
01-15-00887-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 3:46:19 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00887-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

_____

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/22/2015 3:46:19 PM
CHRISTOPHER A. PRINE
Clerk

FARHA RASHEED,
*APPELLANT*,

V.

TEXAS FAIR PLAN ASSOCIATION,
*APPELLEE*.

_____

On Appeal from the 268th Judicial District Court
of Fort Bend County, Texas
The Honorable Brady G. Elliott
Trial Court Cause No. 13-DCV-205335

_____

**APPELLEE TEXAS FAIR PLAN ASSOCIATION'S
MOTION FOR EXTENSION OF TIME**

_____

TO THE HONORABLE COURT OF APPEALS:

Appellee Texas Fair Plan Association files this Motion for Extension of Time pursuant to Texas Rule of Appellate Procedure 10.5(b) and would respectfully show the following:

**I.**

Appellant Farha Rasheed filed her Appellant's Brief on December 4, 2015. Appellee's Brief is presently due on January 4, 2016.

## II.

Appellee seeks a thirty (30) day extension of time to file its Appellee's Brief because of the intervening holiday and the undersigned counsel's prior commitment to other litigation matters.

## III.

This is Appellee's first request for an extension of time to file Appellee's Brief.

## IV.

This request for an extension of time is not sought for the purpose of delay only, but so that justice may be done.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellee, Texas Fair Plan Association, respectfully prays that this Court grant its Motion and extend the due date for Appellee's Brief to February 3, 2016.

Respectfully submitted,

**GERMER PLLC**

By:_____
    **DALE M. "RETT" HOLIDY**
    State Bar No. 00792937
    rholidy@germer.com
    **KELLI B. SMITH**
    State Bar No. 24008053
    ksmith@germer.com
    **SANDRA HOWARD**
    State Bar No. 24007394
    showard@germer.com
    Three Allen Center
    333 Clay Street, Suite 4950
    Houston, Texas 77002
    (713) 650-1313 – Telephone
    (713) 739-7420 – Facsimile

**ATTORNEYS FOR APPELLEE,
TEXAS FAIR PLAN ASSOCIATION**


## CERTIFICATE OF CONFERENCE

In accordance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that Appellee's counsel conferred with Appellant's counsel regarding the relief requested in the foregoing Motion for Extension of Time, and it is opposed.


_____
**DALE M. "RETT" HOLIDY**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2015, a true and correct copy of **Appellee's Motion for Extension of Time** was forwarded to all known counsel of record pursuant to the Texas Rules of Appellate Procedure.


**DALE M. "RETT" HOLIDY**